FILED
MAR 26 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

DENNIS DINWIDDIE,
_Petitioner_

v.

JEFFREY E. KRUEGER, Warden,
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 2 18-cv- 0149 JMS -MJD
_(Supplied by Clerk of Court)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Dennis Dinwiddie
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: United States Penitentiary-Terre Haute, Indiana
   (b) Address: P.O. Box 33, Terre Haute, Indiana 47808

   (c) Your identification number: Federal Register Number: 07505-033
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:
   United States District Court-Eastern District of Missouri
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court-Eastern District of Missouri (Southern Division)
   (b) Docket number of criminal case: 1:06-CR-00134-CDP-DDN
   (c) Date of sentencing: May 6, 2009
   ☐ Being held on an immigration charge
   ☐ Other (explain): N/A

SCANNED

## Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain)*: _____

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: <u>United States District Court-Eastern District of Missouri-Southern Division</u>

    (b) Docket number, case number, or opinion number: <u>1:06-CR-00134-CDP-DDN</u>

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
    _____

    (d) Date of the decision or action: <u>May 6, 2009 (sentencing)</u>

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☒ Yes        ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: <u>United States Court of Appeals-Eighth Circuit</u>

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: <u>618 F.3d 821 (8th Cir. 2010)</u>

    (4) Result: <u>Affirmed</u>

    (5) Date of result: <u>August 25, 2010</u>

    (6) Issues raised: <u>None Related To Instant Petition</u>

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☒ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: United States Supreme Court

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: 562 U.S. 1263 (2011)
   (4) Result: Certiorari Denied
   (5) Date of result: February 28, 2011
   (6) Issues raised: None Related To Instant Petition

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes      ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes      ☐ No

If "Yes," provide:
(1) Name of court: United States District Court-Eastern District of Missouri
(2) Case number: 1:12-CV-0033-CDP
(3) Date of filing: _____
(4) Result: Denied
(5) Date of result: September 23, 2014
(6) Issues raised: Counsel Provided Ineffective Assistance When He Failed To Advise Petitioner Of His Right To Testify In His Own Defense At Trial.

_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☒ Yes      ☐ No

If "Yes," provide:
(1) Name of court: United States Court of Appeals-Eighth Circuit
(2) Case number: _____
(3) Date of filing: _____
(4) Result: Denied
(5) Date of result: _____
(6) Issues raised: None Related To Instant Petition

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Several New Substantive Rules Announced By Supreme Court Have Issued Since Petitioner's Conviction Has Become Final -- See Accompanying Petition

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☐ No

If "Yes," provide: N/A

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: N/A
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☐ No      N/A

    If "Yes," provide:
    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:**     See Accompanying Petition

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Accompanying Petition

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: See Accompanying Petition

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Accompanying Petition

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

GROUND THREE: See Accompanying Petition

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See Accompanying Petition

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

GROUND FOUR: _See Accompanying Petition_

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
　　　　　See Accompanying Petition

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes　　　☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _Intervening New Substantive Rules Announced By United States Supreme Court These Issues Not Available When Petitioner's Conviction Had Become Final._

**Request for Relief**

15. State exactly what you want the court to do: _Vacate Convictions And Sentences._

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
On This 18th day of MARCH, 2018.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: This 18th day of MARCH, 2018.

Dennis Dinwiddie

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*