UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, | ) |
|       Petitioner, | ) |
| v. | ) No. 2:18-cv-00149-JMS-MJD |
| WARDEN JEFFREY E. KRUEGER, | ) |
|       Respondent. | ) |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1.  The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.  The respondent shall have **through May 18, 2018,** in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **twenty eight days after service of the answer** in which to reply.

3.  The petitioner shall have **through April 30, 2018,** in which to either pay the $5.00 filing fee or demonstrate his financial inability to do so.

**IT IS SO ORDERED.**

Date: 3/28/2018

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

DENNIS DINWIDDIE, #07504-033
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808