UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. 2:18-cv-00149-JMS-MJD |
| ) | |
| J. E. KRUEGER, Warden, ) | |
| ) | |
| Respondent. ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by James R. Wood, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

          Respectfully submitted,

          JOSH J. MINKLER
          United States Attorney

By:   s/ James R. Wood
      James R. Wood
      Chief, Appeals Division
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Bob.Wood@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 6, 2018, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Dennis Dinwiddie
Reg. No. 07504-033
Terre Haute - USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

s/ James R. Wood
James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Bob.Wood@usdoj.gov
