UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 2:18-cv-00149-JMS-MJD |
| | ) |
| J. E. KRUEGER, Warden, | ) |
| | ) |
| Respondent. | ) |

MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and James R. Wood, Assistant United States Attorney, moves for an extension of time of ten (10) days, to and including September 15, 2018, to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and supplement.

In support of its motion, the Respondent advises as follows:

1. According to the Federal Bureau of Prison's Inmate Locator website, Petitioner Dennis Dinwiddie is serving a life sentence.

2. On March 26, 2018, Dinwiddle filed a 25 page, Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241 while housed at the United States Penitentiary located in Terre Haute, Indiana. (Dkt. 1, 2.)

3. On March 28, 2018, this Court ordered the Respondent to answer the allegations of the § 2241 petition. (Dkt. 3.)

4.     On July 2, 2018, Dinwiddle filed an 8-page supplement to his petition to which this Court has ordered a response from the Respondent. (Dkt. 9, 10.)

5.     Upon Respondent's motions, and finding good cause, this Court extended the time to file a response to and including September 5, 2018. (Dkt. 14.)

6.     Counsel for the Respondent continues to work diligently to respond to the many *Johnson*[1] and *Mathis*[2] claims, and other post-conviction motions, filed with this Court giving priority to the established due dates.

7.     Counsel for the Respondent has gathered the necessary information to respond to the § 2241 motion and supplement but requires an additional ten (10) days to prepare, review, and finalize the government's response.

8.     No further extensions are anticipated.  This extension is requested to allow sufficient time to prepare a complete and appropriate response to the Petitioner's claims and not for any purpose of delay.

WHEREFORE the Respondent respectfully prays that he be granted up to and including September 15, 2018, to respond to the § 2241 petition and

---

[1] *Johnson v. United States*, 135 S. Ct. 2551 (2015).
[2] *Mathis v. United States*, 136 S. Ct. 2243 (2016).

supplement.

        Respectfully submitted,

        JOSH J. MINKLER
        United States Attorney

  By: <u>s/ James R. Wood</u>
     James R. Wood
     Chief, Appellate Division
     Office of the United States Attorney

CERTIFICATE OF SERVICE

I certify that on September 5, 2018, a copy of the foregoing was filed electronically and that a copy was mailed the next day, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Dennis Dinwiddie
Reg. No. 07504-033
Terre Haute - USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

                                      s/ James R. Wood
                                      James R. Wood
                                      Chief, Appellate Division
                                      Office of the United States Attorney
                                      10 W. Market St., Suite 2100
                                      Indianapolis, Indiana 46204-3048
                                      Telephone: (317) 226-6333
                                      Fax: (317) 226-6125
                                      E-mail: Bob.Wood@usdoj.gov