UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 2:18-cv-00149-JMS-MJD |
| | ) |
| J. E. KRUEGER, Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court on the Respondent's motion for a ten (10) day extension of time to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and supplement.

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including September 17, 2018, to file his response to the § 2241 petition and the supplement.

So ORDERED this date: _____.

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification and to:

Dennis Dinwiddie
Reg. No. 07504-033
Terre Haute - USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808