UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 2:18-cv-00149-JMS-MJD |
| | ) |
| WARDEN JEFFREY KRUEGER, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

This matter is before the Court on the Respondent's motion for a ten (10) day extension of time to respond to the Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and supplement.

The Court, being duly advised in the premises, now GRANTS the motion, dkt. [15], finding it to be made for good cause.

The Respondent shall have to and including September 17, 2018, to file his response to the § 2241 petition and the supplement. No further extensions will be granted absent extraordinary circumstances.

So ORDERED.

Date: 9/7/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution

Electronically registered counsel of record via CM/ECF

Dennis Dinwiddie
Reg. No. 07504-033
Terre Haute - USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808