UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DENNIS DINWIDDIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:18-cv-00149-JMS-MJD |
| | ) | |
| J. E. KRUEGER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Brian Reitz, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

                                                Respectfully submitted,

                                                JOSH J. MINKLER
                                                United States Attorney

                              By:   s/ Brian Reitz
                                     Brian Reitz
                                     Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that on September 14, 2018, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Dennis Dinwiddie
Reg. No. 07504-033
Terre Haute - USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov