UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DENNIS DINWIDDIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:18-cv-00149-JMS-MJD |
| | ) | |
| J. E. KRUEGER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given that the undersigned enters appearance as counsel of record for Dennis Dinwiddie in this case. Please direct all further pleadings and correspondence to the undersigned at the address below.

Respectfully submitted,

/s/ J. Clark Baird
J. CLARK BAIRD
Attorney at Law
969 Barret Ave
Louisville Ky 40204
(502) 583-3388
jclarkbaird@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via ECF this 15th day of October, 2018, to Brian Reitz, Assistant United States Attorney.

/s/ J. Clark Baird
J. CLARK BAIRD