UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DENNIS DINWIDDIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. 2:18-cv-00149-JMS-MJD |
| | ) | |
| J. E. KRUEGER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

\* \* \* \* \*

## **PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

Comes the Petitioner, Dennis Dinwiddie, by counsel, and for his Motion for Enlargement of Time to File Reply, states as follows:

1. The undersigned has now entered appearance as counsel for Petitioner.

2. According to the original scheduling Order in this case (Dkt. No. 4), the Petitioner's Reply was to be filed twenty-eight days after the Government's Answer.

3. The Government has sought and received three unopposed extensions of time to file its Answer to the Petition (Dkt. Nos. 8, 12, and 15).

4. The Government filed its Answer on September 14, 2018 (Dkt. Nos. 17, 18), rendering Petitioner's Reply due on October 12, 2018.

5. The undersigned was initially unable to obtain a copy of the Presentence Investigation Report, filed herein as an Exhibit to the Government's Answer to Show Cause, but a copy was released by the United States Attorney's Office once the undersigned had entered appearance (Dkt. No. 20).

6. Counsel for Petitioner has gathered the necessary information to reply to the government' Answer but requires an additional ten (10) days to prepare, review, and finalize Petitioner's response.

7. No further request for extension is anticipated. This extension is requested to allow sufficient time to prepare a complete and appropriate reply to the Respondent's Answer and not for any purpose of delay.

Respectfully submitted,

/s/ J. Clark Baird
J. CLARK BAIRD
Attorney at Law
969 Barret Ave
Louisville Ky 40204
(502) 583-3388
jclarkbaird@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via ECF this 16th day of October, 2018, to Brian Reitz, Assistant United States Attorney.

/s/ J. Clark Baird
J. CLARK BAIRD