UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Cause No. 2:18-cv-00149-JMS-MJD |
| J. E. KRUEGER, Warden, | ) ) ) |
| Respondent. | ) |

\* \* \* \* \*

## **ORDER**

This matter is before the Court on Petitioner's motion for a ten (10) day extension of time to reply to the Respondent's Answer.

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including October 26, 2018, to file his reply to the Respondent's Answer to Show Cause.

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification and to:

Dennis Dinwiddie
Reg. No. 07504-033
Terre Haute - USP
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808