UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DENNIS DINWIDDIE, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Cause No. 2:18-cv-00149-JMS-MJD |
| J. E. KRUEGER, Warden, | ) ) ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on Petitioner's motion for a ten (10) day extension of time to reply to the Respondent's Answer.

The Court, being duly advised in the premises, now GRANTS the motion, dkt. [21], finding it to be made for good cause.

The Petitioner shall have to and including October 26, 2018, to file his reply to the Respondent's Answer to Show Cause.

Date: 10/18/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF